**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ELEOMAR SUAREZ RENDON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Case No. 3:12-CV-5059-P-BK** |
| | § | |
| | § | |
| **CAROLYN W COLVIN, et al.,** | § | **Referred to U.S. Magistrate Judge** |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.   No objections were filed.   The District Court reviewed the proposed findings, conclusions and recommendation for plain error.   Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 28th day of August, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE