UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELEOMAR SUAREZ RENDON § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:12-CV-5059-B-BK |
| § | |
| CAROLYN COLVIN, Acting § | |
| Commissioner of the Social Security § | |
| Adminitration § | |
| § | |
| Defendant. § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.[1]

SO ORDERED this 19 day of Sept, 2016.

UNITED STATES DISTRICT JUDGE

---

1 The Court notes that Plaintiff objected to Magistrate Judge Toliver's findings, conclusions, and recommendation because evidence "relating to his allergic rhinitis was stricken from the record." Doc. 86., Pl.'s Obj. 1–2. Defendant responded in turn. Doc. 87. The Court agrees with Defendant's reasoning and overrules Plaintiff's Objection.